WILLIAM E. GIESECKE, Respondent, v. CARIB SYNDICATE, LTD., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

J. ARON & COMPANY, INC., Appellant, v. WILLIAM GILLESPIE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

BERNARD L. LICHTEN and Another, Respondents, v. ISAAC NAHEM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

MARY A. LUDLAM v. HENRY A. LUDLAM and Others.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SOLOMON ZUCKER, an Infant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

MICHAEL C. CONDELLO v. FREDERICK LOESER & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ANTHONY CONDELLO, an Infant, v. FREDERICK LOESER & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JOHN T. KERESEY v. MARY D. KERESEY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. OTTO BANG.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

PATRICK J. DONOHUE v. HARRY C. SLEIGHT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

HARCOURT BULL v. JAMES J. LOGAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

COSTA CONSTANTINIDI and Others v. ROLF H. LINDEN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ROBERT M. SILVERMAN v. J. HERBERT WARE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.